**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6065**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KEITH GREGORY HAYES,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Joseph Robert Goodwin, District Judge.  (CR-93-12, CA-97-364-3)

———————

Submitted:  September 10, 1998      Decided:  September 23, 1998

———————

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Theodore Roosevelt Dues, Jr., Charleston, West Virginia, for Appellant.  Rebecca A. Betts, United States Attorney, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997), and declining to reconsider that judgment. <u>See</u> Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Hayes</u>, Nos. CR-93-12; CA-97-364-3 (S.D.W. Va. Nov. 3, 1997; Nov. 25, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2